IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BENJAMIN JOHN RODDEN                                                      PLAINTIFF

v.                    CASE NO. 3:18-CV-00239 BSM

GREENE COUNTY JAIL, Staff                                               DEFENDANTS

## ORDER

United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted and plaintiff Benjamin John Rodden's complaint [Doc. No. 2] is dismissed without prejudice.

Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 31st day of January 2019.

_____
UNITED STATES DISTRICT JUDGE