# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BENJAMIN JOHN RODDEN**                              **PLAINTIFF**

v.                 **CASE NO. 3:18-CV-00239 BSM**

**GREENE COUNTY JAIL, Staff**                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of January 2019.

                                          UNITED STATES DISTRICT JUDGE